**FILED**
August 14, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 07-0256 EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CHARLES ROGUCKI, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHARLES ROGUCKI</u>, Case No. <u>MAG. 07-0256 EFB</u>, Charge <u>Title 21 USC § 841 (a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _50,000.00_

X  Unsecured Appearance Bond

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond with Surety

\_\_ Corporate Surety Bail Bond

X  (Other)   _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 14, 2007</u> at _3:35_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge