```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES ROGUCKI, )<br>)<br>Defendant. )<br>_____) | Mag. No. 07-MJ-0256 EFB<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br>DATE |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Charles Rogucki, by his counsel, Candice Fry, Esq., hereby stipulate and agree that the currently-set preliminary hearing date of August 28, 2007, at 2:00 p.m. should be continued to October 30, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d). Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties have reached a pre-indictment resolution of the case against Mr. Rogucki.

/ / /

/ / /

/ / /

/ / /

1

1    Counsel further stipulate that an exclusion of time from
2 August 28, 2007, until October 30, 2007, is appropriate under the
3 Speedy Trial Act because the government will be producing
4 discovery shortly and a draft plea agreement to counsel for the
5 defendant and defense counsel needs time to review the material
6 and discuss the significance of the discovery and the forthcoming
7 plea agreement with the defendant.  As a result, counsel for both
8 parties believe time should be excluded under Local Code T4 to
9 allow reasonable time to prepare defense of the case.  18 U.S.C.
10 § 3161(h)(8)(B)(iv); see Local Code T4.

12 Dated: August 23, 2007            /s/Jason Hitt
                                     JASON HITT
13                                   Assistant U.S. Attorney

15 Dated: August 23, 2007            /s/Candice Fry
                                     Telephonically authorized by
16                                   Ms. Fry to sign on 08-23-07
                                     CANDICE FRY, ESQ.
17                                   Counsel for CHARLES ROGUCKI

19                            **ORDER**
20    Based upon the representations by counsel and the
21 stipulation of the parties, IT IS HEREBY ORDERED that:
22    1.   The Court finds good cause to extend the Preliminary
23 Hearing currently set for August 28, 2007, to October 30, 2007,
24 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure
25 5.1(d);
26    2.   Based upon the above representations and stipulation of
27 the parties, the Court further finds that the ends of justice
28 outweigh the best interest of the public and the defendant in a

1  speedy trial.  Accordingly, time under the Speedy Trial Act shall
2  be excluded through October 30, 2007.
3       IT IS SO ORDERED.
4  DATED: August 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  Ddad1/orders.criminal/rogucki0256.stipord