McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-MJ-0256 EFB |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. ) | |
| ) CHARLES ROGUCKI, ) | |
| ) Defendant. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Charles Rogucki, by his counsel, Candace A. Fry, hereby stipulate and agree that the currently-set preliminary hearing date of October 30, 2007, at 2:00 p.m. should be continued to November 29, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d). Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties have reached a pre-indictment resolution of the case against Mr. Rogucki.

Counsel further stipulate that an exclusion of time from October 30, 2007, until November 29, 2007, is appropriate under the Speedy Trial Act because the government will be producing discovery shortly and a draft plea agreement to counsel for the

1

defendant and defense counsel needs time to review the material and discuss the significance of the discovery and the forthcoming plea agreement with the defendant.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); <u>see</u> Local Code T4.

Dated: October 29, 2007         /s/Candace A. Fry for
                                JASON HITT
                                Assistant U.S. Attorney

                                Signed and filed for Mr. Hitt
                                per his request of 10/29/07

Dated: October 29, 2007         /s/Candace A. Fry
                                CANDACE A. FRY, Attorney
                                for CHARLES ROGUCKI

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for October 30, 2007, to November 29, 2007, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through November 29, 2007.

IT IS SO ORDERED.

DATED: October 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/rogucki0256.stipord(2)